February 25, 2011

Ms. Jacqueline M. Stroh
Law Office of Jacqueline M. Stroh PC
10101 Reunion Place, Suite 600
San Antonio, TX 78216

Mr. Ray R. Marchan
Law Office of Ray Marchan
18 Fireside Drive
Brownsville, TX 78520
Mr. Gerardo E. Linan
Law Offices of Gerardo Linan
878 West Price Rd.
Brownsville, TX 78520

RE: Case Number: 09-0613
 Court of Appeals Number: 13-08-00533-CV
 Trial Court Number: C-015-07-E

Style: TURTLE HEALTHCARE GROUP, L.L.C. D/B/A FRED'S PHARMACY
 v.
 YOLANDA HIGUERA LINAN, INDIVIDUALLY AND AS THE NATURAL PARENT OF
 MARIA YOLANDA LINAN AND GERARDO LINAN, INDIVIDUALLY, AND AS
 REPRESENTATIVES OF THE ESTATE OF MARIA YOLANDA LINAN, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Laura Hinojosa|
| | |
| |Ms. Dorian E. |
| |Ramirez |